**Opinion issued September 24, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00029-CV**
_____

**TRAVIS EILAND, Appellant**

**V.**

**MARK DERRYBERRY AND BRENDA DERRYBERRY, Appellees**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Case No. 21DCV0481**

## MEMORANDUM OPINION

Appellant, Travis Eiland, has filed a notice of appeal from the trial court's order signed on December 12, 2023. Appellant has failed to timely file a brief *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On January 17, 2024, the court reporter notified the Court that no record was taken in this case, and on April 17, 2024, the clerk's record was filed. Accordingly, appellant's brief was due to be filed on or before May 17, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On August 19, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the August 19, 2024 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.